424

325 So.2d 204

**In re James Luther STROUD**

**v.**

**STATE of Alabama.**

**Ex Parte James Luther Stroud.**

**SC 1402.**

Supreme Court of Alabama.

Jan. 2, 1976.

Ian F. Gaston, Mobile, for petitioner.

William J. Baxley, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the State, opposed.

JONES, Justice.

On preliminary examination, the petition for writ of certiorari to the Court of Criminal Appeals, 56 Ala.App. 692, 325 So.2d 200, was granted. Upon further consideration, we hold that the writ was improvidently granted and is due to be quashed notwithstanding the able argument of petitioner's counsel who did not represent him at nisi prius.

Writ of certiorari quashed.

HEFLIN, C. J., and MERRILL, MADDOX and SHORES, JJ., concur.

326 So.2d 680

**In re Noah Michael SUITER**

**v.**

**STATE of Alabama.**

**Ex parte Noah Michael Suiter.**

**SC 1634.**

Supreme Court of Alabama.

Feb. 5, 1976.

Alice L. Anderson, Enterprise, for petitioner.

None for the State.

ALMON, Justice.

Petition of Noah Michael Suiter for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Suiter v. State*, 57 Ala.App. 146, 326 So.2d 675.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and EMBRY, JJ., concur.